UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**KELLY JONES,**

    **Plaintiff,**

                        Case Number 5:19-cv-00120-JMH

v.

**DX SOLUTIONS, LLC**
**d/b/a Solaris Diagnostics,**

    **Defendant.**
_____/

## Stipulation of Dismissal

The parties through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to dismissal with prejudice.

Respectfully submitted this 29th day of May 2019,

| | |
|---|---|
| /s/ Bernard R. Mazaheri | /s/ David A. Franklin |
| Bernard R. Mazaheri | Franklin & Rapp |
| Mazaheri & Mazaheri | 1001 Monarch Street, Suite 120 |
| 325 Shelby Street | P.O. Box 910119 |
| Frankfort, Kentucky 40601 | Lexington, KY 40591-0119 |
| Tel – (863) 838-3838 | Tel - (859) 254-8051 |
| Email – bernie@thelaborfirm.com | Fax - (859) 233-4234 |
| | dfranklin@franklinandrapp.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |