```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

| | |
|---|---|
| KELLY JONES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DX SOLUTIONS, LLC, )<br>)<br>    Defendant. )<br>)<br>) | Case No.<br>5:19-cv-120-JMH<br><br>**ORDER** |

\*\*\*

The parties have filed a joint stipulation of dismissal of all claims in this action. [DE 10]. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a Plaintiff to dismiss an action without court order through a stipulation signed by all parties who have appeared.

Accordingly, **IT IS ORDERED** as follows:

(1) All claims against Defendant DX Solutions, LLC, in the above-captioned action are **DISMISSED WITH PREJUDICE**; and

(2) The Clerk of the Court shall **STRIKE THIS MATTER FROM THE COURT'S ACTIVE DOCKET.**

This the 30th day of May, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge